Olinsky Law Group®
A NATIONAL DISABILITY LAW FIRM
www.windisability.com
1-888-WIN-SSDI

250 S Clinton St Ste 210
Syracuse, NY 13202

11875 High Tech Ave Ste 100B
Orlando, FL 32817

Telephone: 315-701-5780, Fax: 315-701-5781

*Document Electronically Filed*

July 23, 2026

**MEMO ENDORSED**

Hon. Victoria Reznik
United States Magistrate Judge
United States District Court for the
Southern District of New York
Federal Building and U.S. Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Re: Burnette v. Commissioner of Social Security
Docket No: 7:26-cv-03531-KMK-VR

Hon. Judge Reznik:

This letter respectfully requests an extension of time of sixty-one (61) days for Plaintiff to file Plaintiff's Brief in this matter, to September 28, 2026. Plaintiff's Brief is currently due on July 29, 2026; however, Plaintiff cannot complete the Brief on time for the reasons detailed below.

Counsel requests this extension due to multiple, simultaneous filing deadlines. Counsel requires additional time to prepare Plaintiff's brief properly and thoroughly. For instance, between July 17 and September 25, 2026, staff in Counsel's office have three hundred and thirty-two (332) Plaintiff briefs due. This figure does not include briefings which will be due after the filing of Administrative Records throughout this timeframe, Oral Arguments, appeals to Circuit Courts, Reply Briefs, settlement negotiations, and the various other tasks which arise throughout the course of litigation. These circumstances do not allow Plaintiff's Counsel to properly prepare the brief by the current deadline. This request will not cause Defendant any undue hardship. This extension is needed to prepare the brief thoroughly and properly.

Plaintiff's counsel has contacted Defense Counsel, who kindly consents to this request and has agreed to the briefing schedule below. This request will not cause Defendant any undue hardship. The parties have agreed on the briefing schedule below. This is Plaintiff's first request for an extension of time.

If Plaintiff's request is granted, the new briefing schedule would be:

- **Plaintiff's Brief is due on or before September 28, 2026;**
- **Defendant's Brief is due on or before November 30, 2026; and**
- **Plaintiff's Reply Brief, if any, is due on or before December 14, 2026.**

Olinsky Law Group®
A NATIONAL DISABILITY LAW FIRM
www.windisability.com
1-888-WIN-SSDI

250 S Clinton St Ste 210
Syracuse, NY 13202

11875 High Tech Ave Ste 100B
Orlando, FL 32817

Telephone: 315-701-5780, Fax: 315-701-5781

Thank you for your consideration.

Respectfully submitted,

*/s/ Howard D. Olinsky*
Howard D. Olinsky, Esq.
Counsel for Plaintiff

CC [via ECF]: Graham Morrison, Esq., Attorney for Defendant

Plaintiff's request is **GRANTED**. The proposed briefing schedule listed above is adopted.

The Clerk of Court is kindly directed to close the gavel associated with **ECF No. 6**.

SO ORDERED.

Hon. Victoria Reznik, U.S.M.J.

Dated: 7/24/2026