Olinsky Law Group®
A NATIONAL DISABILITY LAW FIRM

www.windisability.com
1-888-WIN-SSDI

250 S Clinton St Ste 210
Syracuse, NY 13202

11875 High Tech Ave Ste 100B
Orlando, FL 32817

Telephone: 315-701-5780, Fax: 315-701-5781

*Document Electronically Filed*

September 28, 2026

**MEMO ENDORSED**

Hon. Victoria Reznik
United States Magistrate Judge
United States District Court for the
Southern District of New York
Federal Building and U.S. Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Re: Burnette v. Commissioner of Social Security
Docket No: 7:26-cv-03531-KMK-VR

Hon. Judge Reznik:

This letter respectfully requests an extension of time of four (4) days for Plaintiff to file her Brief in this matter, to October 2, 2026. Plaintiff's Brief is currently due on September 28, 2026; however, Plaintiff cannot complete the Brief on time for the reasons detailed below.

Counsel requests this extension due to the assigned writer recovering from an unexpected illness. These circumstances do not allow Plaintiff's Counsel to properly prepare the brief by the current deadline.

Plaintiff's counsel has contacted Defense Counsel, who kindly consents to this request and has agreed to the briefing schedule below. This request will not cause Defendant any undue hardship.

The parties have agreed on the briefing schedule below. This is Plaintiff's second request for an extension of time.

If Plaintiff's request is granted, the new briefing schedule would be:

- **Plaintiff's Brief is due on or before October 2, 2026;**
- **Defendant's Brief is due on or before December 1, 2026; and**
- **Plaintiff's Reply Brief, if any, is due on or before December 15, 2026.**

Thank you for your consideration.

Respectfully submitted,

*/s/ Howard D. Olinsky*
Howard D. Olinsky, Esq.
Counsel for Plaintiff

Olinsky Law Group®
A NATIONAL DISABILITY LAW FIRM
www.windisability.com
1-888-WIN-SSDI

250 S Clinton St Ste 210
Syracuse, NY 13202

11875 High Tech Ave Ste 100B
Orlando, FL 32817

Telephone: 315-701-5780, Fax: 315-701-5781

CC [via ECF]: Graham Morrison, Esq., Attorney for Defendant

Plaintiff's request is **GRANTED**. The briefing schedule proposed above is adopted.

The Clerk of Court is kindly directed to close the gavel associated with ECF No. 8.

SO ORDERED.

Hon. Victoria Reznik, U.S.M.J.

Dated: 9/29/2026