UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
******************************
WANDA BURNETTE,

*Plaintiff*,

v.

FRANK BISIGNANO
COMMISSIONER
OF SOCIAL SECURITY,

*Defendant*.
*******************************

Civil Action No. 26-3531

**CONSENT ORDER TO REMAND PURSUANT TO SENTENCE 4 OF 42 U.S.C. § 405(g)**

KENNETH M. KARAS, United States District Judge:

Defendant, through United States Attorney James M. McDonald and Special Assistant United States Attorney Kristina Cohn, requests an Order remanding this action pursuant to sentence four of 42 U.S.C. § 405(g) so that further administrative action may be taken, a new hearing will be offered, and a new decision will be issued. Plaintiff, through the undersigned attorney, has consented to the requested remand.

Having considered the matter, the Court ORDERS that the final decision of the Commissioner is REVERSED and the matter is REMANDED to the Commissioner for further administrative action. The action is DISMISSED in accordance with *Melkonyan v. Sullivan*, 501 U.S. 89 (1991). The Clerk of Court is respectfully directed to enter judgment.

SO ORDERED.

DATED: November 20, 206
White Plains, New York

KENNETH M. KARAS
UNITED STATES DISTRICT COURT JUDGE

The undersigned hereby consent to the form and entry of the within order.


JAMES M. MCDONALD
United States Attorney

By: /s Kristina Cohn
Kristina Cohn
Special Assistant United States Attorney
Office of Program Litigation, Office 2
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Phone: 212-264-2179
Email: kristina.cohn@ssa.gov

OLINSKY LAW GROUP

By: Howard D. Olinsky
Attorney for Plaintiff
250 South Clinton Street
Suite 210
Syracuse, NY 13202
Phone: 315-701-5781
Email: holinsky@windisability.com