UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WANDA BURNETTE,

Plaintiff,

-against-

FRANK BISIGNANO
COMMISSIONER OF SOCIAL SECURITY.,

Defendant.

XX CIVIL XXXXX (XXX)

# **JUDGMENT**

It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Consent Order dated November 20, 2026, the final decision of the Commissioner is REVERSED, and the matter is REMANDED to the Commissioner for further administrative action. The action is DISMISSED in accordance with Melkonyan v. Sullivan, 501 U.S. 89 (1991).

**Dated:** New York, New York
November 24, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:**

**Deputy Clerk**